IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AILERON SOLUTIONS : CIVIL ACTION
:
v. :
:
HEALTH MARKET SCIENCE, INC. : NO. 11-4244

ORDER

AND NOW, this 25th day of September, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Aileron Solutions for leave to amend plaintiff's amended complaint to conform to existing evidence (Doc. #47) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                    J.